# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. GODINEZ, | Case No. SACV 17-0194 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: December 11, 2017

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, Acting Commissioner of Social Security, is substituted for the Commissioner of Social Security Administration, whom Plaintiff named in the Complaint. See 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).